# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA :
:
:
v. : Case No. 24-4307
:
JALEN McMILLAN :
:
Defendant. :

## MOTION TO EXTEND TIME

Defendant, Jalen McMillan, by and through his attorney Marc G. Hall, hereby respectfully requests this Honorable Court to extend time to file the Appellant's Opening Brief in the above captioned matter, for reasons, therefore, states as follows:

1. As per the Briefing Order in this matter the Appellant's Opening Brief is due September 4, 2024.

2. Counsel would like opportunity to send a copy of the draft brief to the appellant at the Bureau of Prisons, get his feedback and incorporate any relevant issues into the brief.

3. Counsel is requesting an additional 30 days to accomplish this task.

4. The Assistant United States Attorney, Bijon Mostoufi who is handling this matter has indicated he has on objection to this extension of time.

5. Defense counsel respectfully requests an extension of time for the filing of Appellant's Opening Brief to October 3, 2024.

WHEREFORE the foregoing reasons, Defendant respectfully requests an Extension of Time to file Appellant's Reply Brief in this matter to October 3, 2024.

Respectfully submitted,

By: _____/S/_____
Marc G. Hall
Federal Bar # 01386
6411 Ivy lane, Suite 304
Greenbelt, Maryland 21037
Attorneys for Appellant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of September 2024, a copy of the foregoing **Motion to Extend Time** was electronically mailed to: Bijon Mostoufi, Assistant U.S. Attorney, Greenbelt, MD 21201

_____/S/_____
Marc G. Hall
Federal Bar # 01386