# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 24-4307 |
| JALEN CRAIG MCMILLAN, | |
| Defendant - Appellant. | |

## MOTION FOR EXTENSION OF TIME

The United States of America submits under Fed. R. App. P. 26(b) this Motion for Extension of Time. The Government seeks a 30-day extension to December 9, 2024, to complete its response brief. Appellant consents to this extension. In support of this motion, the Government states the following:

1. After a jury trial, Appellant was convicted of multiple offenses related to bank fraud and identity theft. He received 54 months' imprisonment.

2. Appellant filed his opening brief on October 17, 2024. The Government's response brief is due November 7, 2024.

3. The Government respectfully requests a 30-day extension to December 9, 2024. The undersigned is working diligently to complete the response brief, but the case is complex and requires more time. This appeal arises from a jury trial involving several incidents. The opening brief raises substantive

issues with the trial that require a meaningfully understanding of the record. The joint appendix is nearly 1,000 pages. The undersigned was not one of the prosecutors who handled the case at trial, and he is familiarizing himself with the case and issues as quickly as possible. Given the issues raised and the significant record, the requested time is necessary to meaningfully analyze and respond to the issues raised in this appeal.

4. The requested time also considers the time necessary for the Government's brief to be reviewed by the Office's appellate unit before filing, which will likely require several days or more, given the record and issues raised.

5. The Government consulted with Appellant's counsel, who graciously consents to the extension.

Accordingly, the Government respectfully requests a 30-day extension until December 9, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/
Brandon K. Moore
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I certify that on November 6, 2024, I electronically served this motion to all counsel of record via CM/ECF.

                                        /s/
                              Brandon K. Moore
                              Assistant United States Attorney