# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 24-4307 |
| JALEN CRAIG MCMILLAN, | |
| Defendant - Appellant. | |

## MOTION FOR EXTENSION OF TIME

The United States of America moves under Fed. R. App. P. 26(b) to extend the due date for the response brief. Specifically, the government seeks an 11-day extension to December 20, 2024. Counsel for Mr. McMillan consents to this extension. The government does not expect to seek further extensions.

In support of this motion, the government states the following:

1. After a jury trial, Mr. McMillan was convicted of multiple offenses related to bank fraud and identity theft. He received 54 months' imprisonment.

2. Mr. McMillan filed his opening brief on October 17, 2024. After one extension, the government's response brief is now due December 9, 2024.

3. The government respectfully requests a second extension—for 11 days—to December 20, 2024. The undersigned has been working diligently on

the response brief, which is now substantially complete. But for several reasons, slightly more time is necessary to finish the draft.

4. First, the opening brief raises substantive issues with the trial that require familiarity with the significant record. The joint appendix is nearly 1,000 pages. The undersigned was not one of the prosecutors who handled the trial, and the time thus far has been necessary to meaningfully analyze the issues and facts in this appeal.

5. Second, the undersigned has been drafting the response brief while working on other appeals that have similar deadlines, including two briefs that arose from jury trials with similarly substantial records. The undersigned has been working diligently to complete all these filings in a timely fashion.

6. Finally, the Office's appellate unit must review the brief before filing. The requested time considers the time needed for that review, which will likely require several days, given the record and issues. At the same time, the government does not expect it will need longer than 11 days.

7. The government consulted with Mr. McMillan's counsel, who graciously consented to the extension.

Accordingly, the government respectfully requests an 11-day extension until December 20, 2024. If granted, the government does not anticipate needing further extensions.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/
Brandon K. Moore
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I certify that on December 4, 2024, I electronically served this motion to all counsel of record via CM/ECF.

/s/
Brandon K. Moore
Assistant United States Attorney